**Order filed, January 10, 2018.**



In The

# Court of Appeals
### For The
# First District of Texas

_____

## NO. 01-17-00913-CV

**REGUIO SANCHEZ, Appellant**

**V.**

**PRECISION DRILLING COMPANY, LP, Appellee**

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Case 2015-77477**

---

## ORDER

The reporter's record in this case was due 12/27/2017. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Carolyn Coronado, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM